Wm. P. Whitney as Administrator, Carrie Whitney and W. P. Whitney, her husband, Rosa McDowell and W. S. McDowell, her husband, Mamie Young and Lovick Young her husband, Ruby Beville and Alfred Beville, her husband, Charlotte Knox and W. S. Knox, her husband, Plaintiffs in Error vs. Alpheus Y. Fuller, Defendant in Error.

Writ of error to Circuit Court, Alachua county; William S. Bullock, Judge.

*Evans Haile,* for Plaintiff in Error.

*E. C. F. Sanchez,* for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. Dismissed on motion of counsel for defendant in error.

Decision Per Curiam.